# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Civil Case No. 08-14635 |
| M.T.G., INC. d/b/a/ MATRIX TECHNOLOGIES GROUP, | Hon. Anna Diggs Taylor |
| Debtor. | |
| _____/ | |
| CHARLES J. TAUNT, PLUNKETT & COONEY, P.C., COMERICA BANK, and MILLER, CANFIELD, PADDOCK & STONE, P.L.C., | |
| | U. S. Bankruptcy |
| Appellants/Appellees, | Case No. 95-48268-G |
| | Chapter 7 |
| v. | Hon. Thomas J. Tucker |
| GUY C. VINING and TODD M. HALBERT, | |
| Appellees/Appellants. | |
| _____/ | |

## ORDER ADOPTING UNITED STATES BANKRUPTCY COURT'S MEMORANDUM AND RECOMMENDATION

This matter is before the court on Bankruptcy Court Judge Thomas J. Tucker's Memorandum and Recommendation of October 31, 2008, denying Defendants' Charles J. Taunt and Charles J. Taunt & Associates, P.C. Motion to Withdraw References as to Any Remaining Jury Triable Issues [Dkt. #1].

The court has reviewed Defendants' motion, the file, and Judge Tucker's Memorandum and Recommendation. The court finds that the law cited by Judge Tucker has been correctly placed and is controlling in this matter.

THEREFORE, the court will accept the Judge Tucker's Memorandum and Recommendation of October 31, 2008, as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Bankruptcy Court Judge Tucker's Memorandum and Recommendation of October 31, 2008 is ACCEPTED and ADOPTED.

**IT IS SO ORDERED.**

DATED: January 22, 2009          **s/Anna Diggs Taylor**
                                 ANNA DIGGS TAYLOR
                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on January 22, 2009.

                                 s/Johnetta M. Curry-Williams
                                 Case Manager

-2-